## Kenneth HAWKINS v. STATE of Arkansas

CR 01-1065                                          57 S.W.3d 170

### Supreme Court of Arkansas
### Opinion delivered October 18, 2001

*Tjuana C. Byrd*, for appellant.

No response.

PER CURIAM. Petitioner, Kenneth Hawkins, by his attorney Tjuana C. Byrd, Deputy Public Defender for the Sixth Judicial District, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on her part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) *(per curiam)*.

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.